UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MANVESTER EVANS, III,

Plaintiff,

v.                    603CV117

TOOMBS    COUNTY    DETENTION
CENTER, and SHERIFF ALVIN KIGHT,
JR.,

Defendants.

## ORDER

On 12/9/03, this Court dismissed inmate Manvester Evans' 42 U.S.C. § 1983 case pursuant to 28 U.S.C. § 1915A due to his failure to state a claim for relief. Doc. # 13. Almost six years later he filed the present motion, entitled "Motion to Question the Court." Doc. # 15. The motion consists solely of six hypothetical questions to the Court regarding topics such as Congress's intent in enacting the Antiterrorism and Effective Death Penalty Act and state prisoners' post-conviction relief rights. *Id.* at 1-2 (for instance, "Should state prisoners be denied an evidentiary hearing by state courts on grounds raised with strong supporting evidence that their attorney was ineffective in pre-trial and guilty plea hearing?").

Evans essentially seeks an advisory opinion, something this Court is not at liberty to provide. *See Flast v. Cohen*, 392 U.S. 83, 96 (1968) ("[I]t is quite clear that the oldest and most consistent thread in the federal law of justiciability is that the federal courts will not give advisory opinions.") (quotes and cite omitted). As a result, his

Motion to Question the Court is *DENIED*. Doc. # 15.

This day of 17 February 2010.

*B Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA